(October 11, 1926.)

L. R. THOMAS and J. H. ANDERSEN, Copartners, Doing
Business Under the Firm Name of THOMAS &
ANDERSEN and G. F. HANSBROUGH, Respond-
ents, v. D. W. STANDROD & COMPANY, Bankers,
E. W. PORTER, Commissioner of Finance, and K. L.
SCOTT, His Deputy, Appellants.

[249 Pac. 900.]

APPEAL from the District Court of the Sixth Judicial
District, for Bingham County.

Action to enforce attorney's lien. Judgment for plain-
tiffs. *Affirmed in part and reversed in part, and remanded
with instructions.*

Thomas & Andersen and G. F. Hansbrough, for Re-
spondents.

Roy L. Black, for Appellants.

Counsel rely upon authorities cited by them in *Hans-
brough v. D. W. Standrod & Co., ante,* p. 119.

LEE, District Judge.—This case is controlled in principle
by the decision just announced in *G. F. Hansbrough v.
D. W. Standrod & Company, a Corporation, and E. W.
Porter, Commissioner of Finance, ante,* p. 119, 249 Pac.
897.

The judgment should be affirmed as to the award of $2,500
but reversed as to the declaration of a trust and the imposi-
tion of a lien on the bank's massed assets and the case re-
manded with instructions to enter judgment declaring a lien
in respondents' favor upon the specific stock, ordering the

same to be sold and any deficiency to be satisfied by the commissioner out of the funds subject to the provisions of subdivision 4, sec. 13, c. 42, of the Session Laws of 1921.

Wm. E. Lee, C. J., and Budge and Givens, JJ., concur.